## SCANTLEN v. STATE.
### No. 25127.

Court of Criminal Appeals of Texas.

Jan. 31, 1951.

No attorney on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Presiding Judge.

The conviction is for misdemeanor theft. The penalty is assessed at confinement in the county jail for 365 days.

The complaint and information, as well as all other matters of procedure, appear regular. The record is before us without a statement of facts or bills of exception, in the absence of which no question is presented for review.

The judgment of the trial court is affirmed.